# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

-----------------------------------------------------------------X

**KUN DUAN,**
*on his own behalf and on behalf of others similarly situated*

$\qquad\qquad\qquad$ **Plaintiff,**

$\qquad$ **v.**

**M X PAN INCORPORATED**
$\qquad$ **d/b/a Formosa Seafood Buffet**
**SIU WONG PING,**
$\qquad$ **a/k/a Siuwong Ping**
$\qquad$ **a/k/a Peter Pan; and**
**MIN XIU DONG,**
$\qquad$ **a/k/a Minxiu Dong**

$\qquad\qquad\qquad$ **Defendants.**

-----------------------------------------------------------------X

**Case No. 22-cv-02333 (RLY)(KMB)**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AND ATTORNEYS' FEES AND COSTS PURSUANT TO THE FED. R. CIV P. 55(B)**

PLEASE TAKE NOTICE that upon the annexed Declaration of John Troy, sworn to on May 20, 2025, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Southern District of Indiana, Indianapolis Division, located at 46 East Ohio Street, Indianapolis, Indiana 46204, before the Honorable Richard L. Young for an Order granting judgment by default against Defendants M X Pan Incorporated pursuant Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1(c)(3)(A) of the United States District Court for the Southern District of Indiana, answering papers, if any, are to be served so as to be received by the undersigned no later than fourteen (14) days after the service of the motion.

Dated: May 20, 2025
$\qquad$ Flushing, NY

$\qquad\qquad\qquad\qquad$ TROY LAW, PLLC

$\qquad\qquad\qquad\qquad$ /s/ John Troy
$\qquad\qquad\qquad\qquad$ John Troy

1