UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KUN DUAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:22-cv-02333-RLY-KMB |
| | ) |
| MX PAN INCORPORATED d/b/a FORMOSA SEAFOOD BUFFET, SIU WONG PING a/ka/ SIUWONG PING a/k/a PETER PAN, MIN XIU DONG a/k/a MINXIU DONG, | ) |
| | ) |
| Defendants. | ) |

**ENTRY AND ORDER FROM SETTLEMENT CONFERENCE**

On January 14, 2026, the Court conducted a Settlement Conference in this case with U.S. Magistrate Judge Kellie M. Barr. The conference was held and concluded with a settlement in principle on terms that will resolve this case in full.

The Court now **VACATES** the in person hearing scheduled for January 30, 2026, as well as all previously ordered dates and deadlines relating to discovery, filings, schedules, conferences, and trial, if any. Furthermore, the Court now **DENIES WITHOUT PREJUDICE** the motions pending at dkts. 88 and 106.

Counsel for Plaintiff and counsel for Defendant Ping are **ORDERED** to submit a joint report to the chambers of the undersigned at JudgeBarrChambers@insd.uscourts.gov **no later than January 28, 2026**. That report shall detail the then-current status of the Parties' settlement documentation; counsel's anticipated timing of either a motion to approve the settlement, if necessary, or a stipulation of dismissal; as well as any other information that counsel believes the undersigned should know regarding the settlement at that time.

**So ORDERED.**

Date: 1/15/2026

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

MX PAN INCORPORATED d/b/a FORMOSA SEAFOOD BUFFET
5998 Hollythorn Place
Carmel, IN 46033

SIU WONG PING a/ka/ SIUWONG PING a/k/a PETER PAN
5998 Hollythorn Place
Carmel, IN 46033

MIN XIU DONG a/k/a MINXIU DONG
5998 Hollythorn Place
Carmel, IN 46033